No. 85–1740. KANANEN ET UX. v. SUN BANK OKEECHOBEE, FKA COMMERCIAL BANK OKEECHOBEE, FLORIDA, ET AL. Dist.

Ct. App. Fla., 4th Dist. Certiorari denied.